770 A.2d 1157

IN THE MATTER OF E. LORRAINE HARRIS,
AN ATTORNEY AT LAW.

May 10, 2001.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 99–352 and DRB 99–390 concluding that **E. LORRAINE HARRIS of GIBBSTOWN,** who was admitted to the bar of this State in 1994, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.5(a) (unreasonable fee), *RPC* 1.15(a) (failing to safeguard client's property), *RPC* 1.15(b) (failing to promptly deliver funds to a third party), *RPC* 1.15(d) (recordkeeping violations), *RPC* 3.3(b) (knowingly making false statements of material fact to a tribunal), *RPC* 8.1(b) (failing to cooperate with disciplinary authorities), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having concluded that prior to reinstatement to practice, respondent should be required to demonstrate her fitness to practice as attested to by a mental health professional approved by the Office of Attorney Ethics, and that on reinstatement respondent should practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **E. LORRAINE HARRIS** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective June 4, 2001; and it is further

ORDERED that prior to reinstatement to practice, respondent shall demonstrate her fitness to practice law as attested to by a

mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that on reinstatement, respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.